## Belle Baron, Appellee, v. Prudence Life Insurance Company, Appellant.

Gen. No. 41,985.

Heard in first division, first district, this court at

October term, 1941; opinion filed June 1, 1942. Barney L. Hollowick, for appellant; Bert L. Luskin and Benjamin J. Schultz, for appellee. Opinion by PRESIDING JUSTICE McSURELY. ''Not to be published in full.''